UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CRONKRIGHT,

    Plaintiff,

v.                                                    Case No. 13-11183

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.
                                                  /

**ORDER SUSPENDING FORMAL PROCEEDINGS AND
SCHEDULING TELEPHONIC STATUS CONFERENCE**

On April 18, 2013, during a scheduling conference, the parties informed the court that they wished to pursue a settlement. Issuing a scheduling order at this time is therefore unwarranted. Accordingly,

IT IS ORDERED that formal proceedings will be SUSPENDED for four weeks while the parties continue with informal discovery and engage in settlement negotiations. The court will hold a telephonic status conference with the parties on **May 16, 2013, at 11:30 a.m.** to discuss setting a discovery schedule, unless the parties inform the court before that date that a settlement has been reached.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: April 24, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 24, 2013, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522